In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00042-CV
_____

NOELLE A. DAVIS, Appellant

V.

DERICK ZACHARIE SR., Appellee

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-224,640

MEMORANDUM OPINION

Appellant, Noelle A. Davis, filed a notice of appeal of the trial court's judgment dated December 17, 2015. The trial court clerk notified this Court that Appellant is not entitled to appeal without paying fees and that Appellant neither paid for nor made arrangements to pay for preparation of the record. On February 17, 2016, we notified the parties that the appeal would be dismissed for failure to make payment arrangements for the record. On March 14, 2016, we notified the

1

parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant has not responded to this Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. Although she was given an opportunity to cure before dismissal, Appellant failed to make payment arrangements for the preparation of the record. *See* Tex. R. App. P. 37.3(b). Furthermore, Appellant has not responded to notices requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on April 13, 2016
Opinion Delivered April 14, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.

2